PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **David Solano**                                         Docket No. **05-789**

Petition for Action on Conditions of Pretrial Release

COMES NOW **Heather Maloney** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant David Solano, who was placed under pretrial release supervision by the **Honorable Ronald J. Hedges** sitting in the Court at Newark, on October 14, 2005, under the following conditions:

1. $50,000 Unsecured Appearance Bond, cosigned by his wife, Rosana Solano
2. Pretrial Services Supervision
3. Travel restricted to Hudson County, New Jersey
4. Surrender of travel documents/Not apply for any additional travel documents

Respectfully presenting petition for action of Court and for cause as follows:

**Please see attached memorandum dated February 23, 2006**

PRAYING THAT THE COURT WILL ORDER a modification of the conditions of release as follows:

The defendant shall refrain from any contact with co-defendants and/or witnesses
Travel restricted to the District of New Jersey

ORDER OF COURT

Considered and ordered this ___1___ day of
__March__, 2006 and ordered filed and
made a part of the records in the above case.

Honorable Dennis M. Cavanaugh
U.S. District Judge

Respectfully,

Heather Maloney
U.S. Pretrial Services Officer
P.O. Box 20240
Newark, New Jersey 07102

Approved By:

Sandra Bravo
Supervising U.S. Pretrial Services Officer

Date: February 27, 2006