PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: David Solano                                                                Cr.: 05-00789-001
                                                                                              PACTS Number: 44030

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 08/20/07

Original Offense: Conspiracy to Possess Unauthorized Access Devices

Original Sentence: 14 months custody; two years supervised release; $16,592.56 restitution; $5,000 fine; $100 special assessment

Type of Supervision: Supervised Release                      Date Supervision Commenced: 08/22/08

## PETITIONING THE COURT

[ ]  To extend the term of supervision for ____ Years, for a total term of ____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall pay a fine of $5,000. The fine is due immediately.

The defendant shall make restitution in the amount of $16,592.56. Restitution payments shall be paid in monthly installments of no less than $200.

## CAUSE

The offender has failed to pay the fine and restitution as directed. After careful review of the offender's current monthly cash flow, the offender displays an ability to make payments of $10 monthly towards the fine and restitution obligation.

Respectfully submitted,

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 05/04/09

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/8/09
Date